1  **SAN DIEGO UNIFIED PORT DISTRICT**
**DUANE E. BENNETT, ESQ. (SBN 110202)**
2  **PORT ATTORNEY**
**WILLIAM D. MCMINN, ESQ. (SBN 211002)**
3  **DEPUTY PORT ATTORNEY**
3165 Pacific Highway
4  P.O. Box 120488
San Diego, CA 92112-0488
5  Phone:     (619) 686-6219
   Fax:         (619) 686-6444
6

7  Attorneys for Defendants, SAN DIEGO UNIFIED PORT DISTRICT, ROBERT J. (ROCKY) SPANE, SYLVIA C. RIOS, MICHAEL B. BIXLER, STEPHEN P. CUSHMAN, MIKE NAJERA, ROBERT "DUKIE" VALDERRAMA, BRUCE B. HOLLINGSWORTH and SGT. GARY LEESON, and specially appearing for SAN DIEGO HARBOR POLICE, CHIEF KIRK M. SANFILIPPO, CAPTAIN KIM FIVES, CORPORAL ADAM MILES, SGT. ROBERT MICKSCHL, and CORPORAL LAURA TOSATTO

11  **UNITED STATES DISTRICT COURT**

12  **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL RENARD,<br>(not an attorney),<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAN DIEGO UNIFIED PORT DISTRICT, AND BOARD OF COMMISSIONERS, AND AS INDIVIDUALS ROBERT J. (ROCKY) SPANE, AND SYLVIA C. RIOS, AND MICHAEL B. BIXLER, AND STEPHEN P. CUSHMAN, AND MIKE NAJERA, AND ROBERT "DUKIE" VALDERRAMA, AND BRUCE B. HOLLINGSWORTH, SAN DIEGO HARBOR POLICE, AND AS INDIVIDUALS CHIEF KIRK M. SANFILIPPO, AND KIM FIVES, AND OFFICER MILES, BAY CONTROL OFFICER SGT. MICSCLHTLLIS, OFFICER TOSADA, SGT. LEESON, SAN DIEGO UNIFIED PORT DISTRICT, INDIVIDUALLY and DOES 1 through 10, Inclusive and individually<br><br>　　　　　Defendants. | Case No. 06 CV 2665 H BLM<br><br>**NOTICE OF RELATED CASES**<br>**[UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT, LOCAL RULE 40.1(e)]**<br><br><br>Honorable MARILYN L. HUFF<br>Courtroom 13 |

1

Defendants, SAN DIEGO UNIFIED PORT DISTRICT, ROBERT J. (ROCKY) SPANE, SYLVIA C. RIOS, MICHAEL B. BIXLER, STEPHEN P. CUSHMAN, MIKE NAJERA, ROBERT "DUKIE" VALDERRAMA, BRUCE B. HOLLINGSWORTH and SGT. GARY LEESON, and specially appearing for SAN DIEGO HARBOR POLICE, CHIEF KIRK M. SANFILIPPO, CAPTAIN KIM FIVES, CORPORAL ADAM MILES, SGT. ROBERT MICKSCHL, and CORPORAL LAURA TOSATTO (hereinafter "defendants"), respectfully submit this Notice of Related Case, pursuant to United States District Court, Southern District, Local Rule 40.1(e) (Rule 40.1(e)), as set forth below.

Rule 40.1(e) states that whenever counsel has reason to believe that a pending action or proceeding on file or about to be filed is related to another pending action or proceeding on file in this or any other federal or state court (whether pending, dismissed, or otherwise terminated), counsel shall promptly file and serve on all known parties to each related action or proceeding a notice of related case, stating the title, number and filing date of each action or proceeding believed to be related, together with a brief statement of their relationship and the reason why assignment to a single district judge is or is not likely to effect a saving of judicial effort and other economies. The clerk will promptly notify the court of such filing. This is a continuing duty that applies not only when counsel files a case with knowledge of a related action or proceeding but also applies after the date of filing whenever counsel learns of a related proceeding.

The District has reason to believe that the above-captioned pending action entitled: *DANIEL RENARD v. SAN DIEGO UNIFIED PORT DISTRICT, ROBERT J. (ROCKY) SPANE, SYLVIA C. RIOS, MICHAEL B. BIXLER, STEPHEN P. CUSHMAN, MIKE NAJERA, ROBERT "DUKIE" VALDERRAMA, BRUCE B. HOLLINGSWORTH and SGT. GARY LEESON, and specially appearing for SAN DIEGO HARBOR POLICE, CHIEF KIRK M. SANFILIPPO, CAPTAIN KIM FIVES, CORPORAL ADAM MILES, SGT. ROBERT MICKSCHL, and CORPORAL LAURA TOSATTO , and DOES 1 through 10, inclusive and individually*, filed with this Court on December 5, 2006, as Case No. 06 CV 2665 H BLM, is related to another pending action entitled: *DANIEL RENARD v. SAN DIEGO UNIFIED PORT*

1  *DISTRICT, and, DOES 1 through 65, inclusive*, filed with this Court on December 17, 2007,
2  as Case No. 07 CV 2347 JAH JMA after being removed from the San Diego Superior Court
3  due to federal question jurisdiction.
4      As set forth in United States District Court, Southern District, Local Rule 40.1(f), an
5  action or proceeding is related to another action or proceeding where both of them:
6      1.    Involve some of the same parties and are based on the same or similar
7          claims, or;
8      2.    Involve the same property, transaction, or event, or;
9      3.    Involve substantially the same facts and the same questions of law.
10     Here, both cases involve some of the same parties and are based on the same or
11 similar claims.  Plaintiff Daniel Renard filed suit (Case No. 07 CV 2347 JAH JMA) against one
12 of the parties (San Diego Unified Port District) that is listed in the caption above, and his
13 claims are the same or similar to claims he alleges against defendants in the above
14 captioned matter (Case No. 06 CV 2665 H BLM).
15     Further, both actions involve the same claims and transaction or event: namely, the
16 closure of the A-8 and A-9 Disabled Anchorages by the Board of Port Commissioners of
17 defendant District, the legality of the District's ordinances concerning anchoring in San Diego
18 Bay, and the District's alleged illegal seizure of plaintiff's vessel and vessels belonging to
19 other boaters in San Diego Bay.  Finally, the new case involves substantially the same facts
20 and same questions of law as it relates to plaintiff's claim for enforcement of a settlement
21 agreement between plaintiff and defendant District which in fact the District Court has
22 previously ruled upon in granting the District's motion to dismiss but with leave to amend.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Consequently, the District respectfully requests that both cases be assigned to a single District Court judge in order to effect a saving of judicial effort and other economies.

Respectfully submitted,

Dated: January 7, 2008

SAN DIEGO UNIFIED PORT DISTRICT
DUANE E. BENNETT
PORT ATTORNEY

By:   s/ William D. McMinn
WILLIAM D. McMINN
Deputy Port Attorney
Attorney for Defendants
bmcminn@portofsandiego.org

*Renard v. San Diego Unified Port District, et al.*
**Case No. 07 2347 JAH JMA**

# CERTIFICATE OF SERVICE

The following document(s) are associated with this transaction:

**NOTICE OF RELATED CASES [UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT, LOCAL RULE 40.1(e)]**

**Notice will be electronically mailed to:**

N/A

**Notice will be delivered by other means to:**

Daniel Renard
P.O. Box 6301
San Diego, CA 92166

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of January, 2008, at San Diego, California.

                                       By:   s/William D. McMinn
                                             E-mail:  bmcminn@portofsandiego.org