# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RENARD,<br><br>              Plaintiff,<br>vs.<br>SAN DIEGO UNIFIED PORT DISTRICT,<br><br>              Defendant. | CASE NO. 07-CV-2347-H (BLM)<br><br>ORDER SETTING BRIEFING SCHEDULE |

On January 7, 2008, the Court reassigned this case to Judge Huff based on the local "low number" rule for related cases. (Doc. No. 5.) There is a pending motion to remand that was set for a February 11, 2008 hearing before Judge Houston. (Doc. No. 3.) The Court vacates that hearing and sets the following briefing schedule:

- Defendant shall submit its response in opposition to the motion on or before **January 28, 2008**.
- Plaintiff may submit an optional reply brief on or before **February 4, 2008**.

/ / /
/ / /
/ / /
/ / /
/ / /

1 | The Court submits the motion on the papers pursuant to its discretion under Local
2 | Civil Rule 7.1(d)(1).
3 |     IT IS SO ORDERED.

DATED: January 16, 2008

                                              _____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.